UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Applicant,

v.                                     Case No. 13-MC-61

FOREST COUNTY POTAWATOMI
COMMUNITY, d/b/a Potawatomi
Bingo Casino,
    Respondent.

## ORDER

Upon review of the U.S. Equal Employment Opportunity Commission's application for an order to show cause why its subpoena should not be enforced, **IT IS ORDERED** that the respondent, Forest County Potawatomi Community, d/b/a Potawatomi Bingo Casino, file a brief and any necessary supporting materials in opposition to the Commission's request for an order enforcing the subpoena on or before **December 9, 2013**. The Commission may file a reply brief and any necessary supporting materials on or before **December 16, 2013**.

Dated this 18th day of November 2013.

                                                       s/ Lynn Adelman

                                                       LYNN ADELMAN
                                                       United States District Judge