# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Applicant,

v.                                                                                    Case No. 13-MC-61

FOREST COUNTY POTAWATOMI
COMMUNITY, d/b/a Potawatomi
Bingo Casino,
    Respondent.

## ORDER

The parties have filed a joint motion for an indicative ruling under Federal Rule of Civil Procedure 62.1. The motion asks me to indicate to the court of appeals that I would grant the parties' joint motion to vacate order and enter substitute order if the court of appeals remands for that purpose. I will grant the motion for an indicative ruling.

Accordingly, **IT IS ORDERED** that the parties' joint motion for an indicative ruling is **GRANTED**. I state that I would grant the parties' joint motion to vacate order and enter substitute order if the court of appeals remands for that purpose.

Dated this 13th day of August 2015.

                                                           s/ Lynn Adelman

                                                           LYNN ADELMAN
                                                           United States District Judge